AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

WILLIAM G. LOTT,

    Plaintiff,

V.

U.S. DEPARTMENT OF LABOR, DEEOIC, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-cv-00258-ECR-RAM

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Respondent's motion to dismiss [2] is GRANTED.

| | |
|---|---|
| April 13, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |